THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Mark A. Johnson, State Bar No. 276753
markjohnson@ bickellawfirm.com
701 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 374-4100
Facsimile: (619) 231-9040

Attorneys for Plaintifs THAIS FERLANTE and FERNANDO ALLENDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAIS FERLANTE and FERNANDO ALLENDE, <br><br> Plaintiffs, <br><br> vs. <br><br> MERCEDES-BENZ USA, LLC, and DOE 1 through DOE 10 inclusive, <br><br> Defendants, | Case No. 11-CV-05718 JCG <br><br> [Complaint Filed: July 12, 2011] <br><br> ORDER DISMISSING THE ACTION |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: January 7, 2013          _____
                                                            Honorable Jay C. Gandhi